IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHRISTOPHER GARY BAYLOR,

  Appellant,

v.           Case No. 5D21-1345
              LT Case No. 05-2021-CC-010813

KENNEDY COURT, LLC,

  Appellee.

_____/

Opinion filed August 2, 2022

Appeal from the County Court
for Brevard County,
Michelle Vitt Baker, Judge.

Christopher Gary Baylor, Titusville, pro se.

Luis D. Carreja, of Watson, Soileau, DeLeo
& Burgett, P.A., Cocoa, for Appellee.

PER CURIAM.

  AFFIRMED. *See* § 83.60(2), Fla. Stat. (2020).

LAMBERT, C.J., WALLIS and NARDELLA, JJ., concur.